# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0866

VERSUS

DEVIN PALMISANO

**NOVEMBER 18, 2024**

---

In Re:   Devin Palmisano, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 567199.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED AS MOOT.** The records of the St. Tammany Parish Clerk of Court's Office reflect that the district court acted on relator's motion to correct an illegal sentence on July 25, 2024.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT